# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1024**     **September Term, 2022**

FERC-OR20-13-000
FERC-OR20-13-001

**Filed On: March 6, 2023** [1988805]

Enerplus Resources (USA) Corporation,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

## O R D E R

Upon consideration of respondent's unopposed motion to hold case in abeyance and to suspend filing of initial submissions and the certified index to the record, and petitioner's motion to extend time, it is

**ORDERED** that this case is hereby held in abeyance pending further order of the court.

Petitioner is directed to file status reports at 120-day intervals beginning July 5, 2023.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
             Catherine J. Lavender
             Deputy Clerk